UNITED STATED BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

ERIC R. DUNLAP )    CASE NO. 16-11760
SS# xxx-xx-8363 )    CHAPTER 13
JESSICA A. DUNLAP )
SS# xxx-xx-6096 )
)
DEBTOR(S) )

## CHAPTER 13 PLAN

1. The future earnings of the debtors are submitted to the supervision and control of the Trustee and the debtors shall pay to the Trustee the sum of $2,300.00 monthly for 60 months. In addition, the debtors will retain the first $2,400.00 of combined State and Federal tax refunds with any balance to be paid to the Trustee for the benefit of creditors.

2. From the payments so received, the Trustee shall make disbursements as follows:

(a) The debtor paid $500.00 to their attorney prior to filing. The Trustee will pay said attorney $3,500.00 for a total of $4,000.00 as an administrative expense. Any fees and expenses in excess of the above amount will be itemized for Court approval after notice to all creditors as an additional administrative expense.

(b) All allowed claims entitled to priority under 11 U.S.C. Section 507 will be paid in full. Non-administrative priority claims will be paid after administrative claims.

The Chapter 13 Trustee fees will be paid by statute.

(c) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

21st Mortgage, the holder of a 1999 Skyline mobile home of the debtors, will be paid $17,000.00 for the value of their collateral, receive 5% annual interest thereon and any deficiency will be treated as unsecured.

C&F Finance, the holder of a security interest in a 2016 Chrysler 200 automobile of the debtors that is a 910 vehicle, will be paid in full and receive 5% annual interest thereon until paid.

Wells Fargo, the holder of a security interest in a 2015 Chrysler 200 automobile of the debtors, will be surrendered their collateral in full satisfaction of the obligation.

(d) subsequent to dividends to unsecured creditors whose claims are duly allowed as follows:

All allowed unsecured creditors will be paid in full.

The following executory contracts of the debtors are accepted:

Sun Communities/Carrington Pointe will be paid $430.00 monthly lot rent directly by the debtors.

4. Upon confirmation of the plan, the debtors' property will remain vested in the estate until discharge or dismissal of the case.

Dated: 8-26-16

Fred Wehrwein, Attorney for Debtor
1910 St. Joe Center Road #52
Fort Wayne, IN 46825
260-480-5700